**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JOEL B. ATTIA,                                  )
                                                )
                    Plaintiff,                  )
                                                )
v.                                              )                CV421-098
                                                )
MEMORIAL HEALTH,                                )
MEMORIAL HEALTH SYSTEMS,                        )
PAUL RE'ALLY,                                   )
JERRY MINCHEW,                                  )
THOMAS DUTTON, STEVE DOE,                       )
and DELILAH SAYRE,                              )
                                                )
                    Defendants.                 )

## ORDER

Plaintiff has filed an incomplete motion for leave to proceed *in forma pauperis* (IFP)—providing only pages 2 and 3. Doc. 2. The form is dated more than five months prior to the filing of this case. *Id*. As the information provided is inadequate and potentially no longer reflects his current financial status, plaintiff is **DIRECTED** to file a complete and current application for leave to proceed IFP within 14 days of this Order. The Clerk of Court is **DIRECTED** to include with this Order a copy the Application to Proceed in District Court Without Prepaying Fees or Costs form (AO 239) for plaintiff's use.

Plaintiff has also provided misleading information in his complaint. When asked to disclose any other lawsuits pending in the federal courts, he responded in the negative and added "not yet in Georgia." Doc. 1 at 2. He was not directed to limit his disclosures to this state and the Court is aware of at least three pending cases

brought by plaintiff in the Southern District of Mississippi.[1]  *See Attia v. Hard Rock Casino, et al.*, (S.D. Miss. Oct. 26, 2020); *Attia v. Martin, et al.*, CV1:21-090 (S.D. Miss. Mar. 26, 2021); *Attia v. Ford Motor Co., et al.*, CV1:21-091 (S.D. Miss. Mar. 26, 2021); *Attia v. Forest General Hospital, et al.*, CV 1:21cv100 (S.D. Miss. Apr. 1, 2021).  Efforts to mislead the Court will not be tolerated and will result in dismissal or sanctions. Fed. R. Civ. P. 11 (requiring veracity in filings before the Court and providing for sanctions for misrepresentations); Fed. R. Civ. P. 41(b) (providing dismissal as a sanction for violation of the rule); *see also Chamber v. NASCO, Inc.*, 501 U.S. 32, 41–42, 55 (1991) (recognizing the inherent power of the Court to impose sanction against a party for "attempts to deprive the Court of jurisdiction, fraud, misleading and lying to the Court.").  Plaintiff is **DIRECTED** to **SHOW CAUSE** within 14 days of this Order why the Complaint should not be dismissed.

      **SO ORDERED**, this 9th day of April, 2021.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Complaint is dated October 24, 2020, more than five months before filing.  Doc. 1 at 5.  On that date, plaintiff had at least one pending federal case.  *See Attia v. Jackson, et al.*, CV1:20-211 (S.D. Miss. Jun. 26, 2020).